IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

MAR 30 '26 AM10:31
FILED - USDC FLO SC

---

Jeffrey Witters

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**-against-**

LVRGD Holding Limited Private Company Limited by

Shares; Istifadah for Communications and Information

Technology; Faisal Mohammed Alqahtani

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No.  6:26-cv-00903-JDA-KDW
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☒ Yes    ☐ No
         *(check one)*

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Jeffrey Witters |
| Street Address | 214 Hillside Church Rd |
| City and County | Fountain Inn, Greenville |
| State and Zip Code | SC, 29644 |
| Telephone Number | (310) 997-2198 |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | LVRGD Holding Limited Private Company Limited by Shares |
| Job or Title (if known) | Business entity |
| Street Address | DD-15-134-004 - 007, Level 15 WeWork Hub7, Al Khatem Tower, Abu Dhabi Global Market Square, Al Maryah Island |
| City and County | Abu Dhabi, Abu Dhabi |
| State and Zip Code | United Arab Emirates |
| Telephone Number | |

Defendant No. 2

| | |
|---|---|
| Name | Istifadah for Communications and Information Technology |
| Job or Title (if known) | Business entity |
| Street Address | 3299 Anas Bin Malik |
| City and County | Riyadh |
| State and Zip Code | Kingdom of Saudi Arabia |
| Telephone Number | |

Defendant No. 3

| | |
|---|---|
| Name | Faisal Mohammed Alqahtani |

| | |
|---|---|
| Job or Title (if known) | Individual |
| Street Address | 3299 Anas Bin Malik |
| City and County | Riyadh |
| State and Zip Code | Kingdom of Saudi Arabia |
| Telephone Number | +966 50 480 2806 |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    ☒ Federal question             ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Please see attached "Basis for Jurisdiction - Federal Question"

3

# Attachment A:
# Basis for Jurisdiction - Federal Question

This action arises under the Copyright Act of 1976, 17 U.S.C. § 101 et seq.,

because it involves ownership of copyrighted UX/UI designs and deliverables, the

conditional transfer of rights under the invoices, and Defendants' continued

unauthorized use of those works. Plaintiff also seeks a declaratory judgment under

28 U.S.C. § 2201. This Court has federal-question jurisdiction pursuant to 28

U.S.C. §§ 1331 and 1338(a). Supplemental jurisdiction over the state-law claims

exists under 28 U.S.C. § 1367(a).

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

   a.     If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b.     If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

   a.     If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

   b.     If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attached "Statement of Claim Additional Documentation"
_____

_____

_____

_____

_____

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See attached "Relief Additional Documentation"
_____

_____

_____

_____

5

# Attachment B: Statement of Claim Additional Documentation

## STATEMENT OF FACTS

1. On May 8, 2025, Plaintiff entered into a written Contractor Agreement (Contract ID #9Y6GE0BA) with LVRGD Holding Limited, an entity affiliated with and controlled by Defendant Istifadah.

2. Under the Agreement, Plaintiff provided UX/UI design, product strategy, and related deliverables for the LVRGD mobile application and website.

3. Section 3.3 required payment of all undisputed invoices within 60 calendar days. Sections 10.2 and 10.3 provided for immediate termination upon material breach and acceleration of all fees.

4. Plaintiff fully performed and delivered all contracted work.

5. Plaintiff issued Invoice #8027 ($11,028.75) and Invoice #8032 ($10,561.25), totaling $21,590.00. Each invoice stated: "Intellectual property rights in all deliverables remain with Contractor until full payment is received, at which point ownership transfers to Client."

6. Defendants had previously paid Invoice #8023 ($8,670.00), which contained the identical copyright-retention language. Cartisien Interactive marked Invoice #8023 as paid on September 15, 2025 (first viewed September 10, 2025).

7. The two invoices at issue (#8027 and #8032) remain unpaid more than seven months later.

6:26-cv-00903-JDA-KDW                               Mar 23, 2026

*(Attachment B Continued)*

8. On September 6–10, 2025, Defendants constructively terminated the Agreement by downgrading Plaintiff's Figma access to viewer-only, removing him from TestFlight and ClickUp, and disabling his Google Workspace account.

9. On September 16, 2025, Plaintiff sent written notice terminating the Agreement for material breach. All outstanding fees became immediately due.

10. Despite termination and non-payment, Defendants have continued to use Plaintiff's deliverables in the live LVRGD mobile application and on lvrgd.com.

11. No valid transfer of copyright ownership occurred for the deliverables associated with the unpaid invoices.

## CLAIMS FOR RELIEF

### Count 1 – Breach of Contract

12. Defendants breached the Agreement by failing to pay $21,590.00 and by continuing to use the deliverables after termination. Plaintiff has been damaged in the amount of $21,590.00 plus interest.

### Count 2 – Declaratory Judgment (28 U.S.C. § 2201)

13. An actual controversy exists regarding ownership. Plaintiff seeks a declaration that: (a) the Agreement was validly terminated on September 16, 2025; (b) all fees became immediately due; (c) no valid transfer of copyright or intellectual property rights occurred; and (d) Plaintiff remains the owner of the deliverables and copyrights.

*(Attachment B Continued)*

## Count 3 – Unjust Enrichment (in the alternative)

14. Defendants knowingly received and retained the benefit of Plaintiff's work without compensation. It would be inequitable for them to retain that benefit.

## Count 4 – Declaratory Judgment of Copyright Ownership and Unauthorized Use (28 U.S.C. § 2201; 17 U.S.C. §§ 201, 204)

15. Plaintiff is the author and owner of the copyrighted UX/UI designs, Figma files, wireframes, and related deliverables.

16. Although Defendants previously paid Invoice #8023 ($8,670.00) that contained the identical copyright-retention language, they have not paid the two invoices at issue totaling $21,590.00.

17. No valid transfer of copyright ownership ever occurred for the unpaid deliverables.

18. Despite termination and written notice, Defendants continue to reproduce, display, and distribute those copyrighted works without authorization.

19. An actual controversy exists regarding ownership and unauthorized use. Plaintiff is entitled to a declaration that he remains the sole owner of the copyrights in the unpaid deliverables and that Defendants' continued use is unauthorized.

# Attachment C:
# Relief Additional Documentation

**RELIEF**

Plaintiff respectfully requests that the Court:

    A. Enter judgment in favor of Plaintiff;

    B. Award damages of $21,590.00 plus pre- and post-judgment interest;

    C. Issue a declaratory judgment that

        i. the Agreement was validly terminated

        ii. no copyright transfer occurred for the unpaid deliverables, and

        iii. Plaintiff remains the owner of the copyrights;

    D. Issue a permanent injunction prohibiting any further use of Plaintiff's copyrighted works;

    E. Award restitution under unjust enrichment if applicable;

    F. Award costs of this action; and

    G. Grant such other relief as the Court deems just and proper.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *March 23*, 20*26*.

Signature of Plaintiff

Printed Name of Plaintiff    Jeffrey Witters

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

Telephone Number    _____

E-mail Address    _____